# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Case Caption: Brittany Montrois et al

v.

United States of America

Case No: 25-5090

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ⦿ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Adam Steele

Brittany Montrois

Joseph Henchman

### Counsel Information

Lead Counsel: Allen Buckley

Direct Phone: ( 404 ) 610-1936    Fax: ( 855 ) 243-0006    Email: ab@allenbuckleylaw.com

2nd Counsel:

Direct Phone: (___) _____    Fax: (___) _____    Email:

3rd Counsel:

Direct Phone: (___) _____    Fax: (___) _____    Email:

Firm Name: Allen Buckley LLC

Firm Address: Suite C-2000, 2900 Paces Ferry Road, Atlanta, GA 30339

Firm Phone: ( 404 ) 610-1936    Fax: ( 855 ) 243-0006    Email: ab@allenbuckleylaw.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

(*) Motley Rice LLC and Allen Buckley LLC are, by contract, co-lead counsel.