# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Brittany Montrois, et al.

v.

United States of America

**Case No:** 25-5090

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Brittany Montrois

Adam Steele

Joseph Henchman

### Counsel Information

**Lead Counsel:** Deepak Gupta

**Direct Phone:** (202) 888-1741 **Fax:** (202) 888-7792 **Email:** deepak@guptawessler.com

**2nd Counsel:** Jonathan E. Taylor

**Direct Phone:** (202) 888-1741 **Fax:** (202) 888-7792 **Email:** jon@guptawessler.com

**3rd Counsel:**

**Direct Phone:** ( ) - **Fax:** ( ) - **Email:**

**Firm Name:** Gupta Wessler LLP

**Firm Address:** 2001 K Street NW, North Tower, Suite 850, Washington, DC 20006

**Firm Phone:** (202) 888-1741 **Fax:** (202) 888-7792 **Email:** admin@guptawessler.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)