# In the United States Court of Appeals for the District of Columbia Circuit

───────────────

BRITTANY MONTROIS, Class of More Than 700,000 Similarly
Situated Individuals and Businesses, et al.,
*Plaintiffs-Appellants,*

v.

UNITED STATES OF AMERICA,
*Defendant-Appellee.*

───────────────

On Appeal from the United States District Court
for the District of Columbia
Case No. 1:14-cv-01523-RCL (The Hon. Royce C. Lamberth)

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

WILLIAM H. NARWOLD
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
(860) 882-1676
*bnarwold@motleyrice.com*

MEGHAN S.B. OLIVER
CHARLOTTE LOPER
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9000
*moliver@motleyrice.com*
*cloper@motleyrice.com*

DEEPAK GUPTA
JONATHAN E. TAYLOR
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*deepak@guptawessler.com*
*jon@guptawessler.com*

ALLEN BUCKLEY
LAW OFFICE OF ALLEN BUCKLEY
2900 Paces Ferry Road, Suite C-2000
Atlanta, GA 30339
(678) 217-4083
*ab@allenbuckleylaw.com*

April 28, 2025                    *Counsel for Plaintiffs-Appellants*

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

## (A) Parties and Amici

Brittany Montrois – Plaintiff-Appellant

Joseph Henchman – Plaintiff-Appellant

Adam Steele – Plaintiff-Appellant

United States of America – Defendant-Appellee

## (B) Rulings Under Review

January 24, 2023 Sealed Memorandum Opinion re Motion for Partial Summary Judgment and Motion for Summary Judgment (Judge Royce C. Lamberth) – Dkt. 221 (the unsealed version of which is reported at 657 F.Supp.3d 23)

January 24, 2023 Order granting in part and denying in part Motion for Partial Summary Judgment; granting Sealed Motion for Leave to File Document Under Seal; granting in part and denying in part Motion for Summary Judgment; granting Sealed Motion for Leave to File Document Under Seal; granting Sealed Motion for Leave to File Document Under Seal; granting Sealed Motion for Leave to File Document Under Seal; denying Motion to Modify; granting Sealed Motion for Leave to File Document Under Seal; granting Motion for Leave to File; denying Motion to Take Judicial Notice (Judge Royce C. Lamberth) – Dkt. 222

April 6, 2023 Order granting Motion to Amend/Correct (Judge Royce C. Lamberth) – Dkt. 236

September 25, 2023 Memorandum opinion re Motion for Judgment and Motion to Clarify (Judge Royce C. Lamberth) – Dkt. 248

September 25, 2023 Order denying Motion for Judgment; denying Motion to Clarify (Judge Royce C. Lamberth) – Dkt. 249

August 9, 2024 Sealed Memorandum Opinion (Judge Royce C. Lamberth) – Dkt. 288

August 9, 2024 Sealed Order (Judge Royce C. Lamberth) – Dkt. 289

March 24, 2025 Order and Final Judgment Granting Motion for Final Judgment as to Count 2 in Plaintiffs' Second Amended Class Action Complaint (Judge Royce C. Lamberth) – Dkt. 305

**(C) Related Cases**

This case was previously before this Court as No. 17-5204, and the Court's opinion was published as *Montrois v. United States*, 916 F.3d 1056 (D.C. Cir. 2019).

Respectfully submitted,

*/s/ Deepak Gupta*
DEEPAK GUPTA
JONATHAN E. TAYLOR
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*deepak@guptawessler.com*
*jon@guptawessler.com*

WILLIAM H. NARWOLD
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
(860) 882-1676
*bnarwold@motleyrice.com*

MEGHAN S.B. OLIVER
CHARLOTTE LOPER
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9000
*moliver@motleyrice.com*
*cloper@motleyrice.com*

ALLEN BUCKLEY
LAW OFFICE OF ALLEN BUCKLEY
2900 Paces Ferry Road, Suite C-2000
Atlanta, GA 30339
(678) 217-4083
*ab@allenbuckleylaw.com*

April 28, 2025                    *Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

/s/ Deepak Gupta
Deepak Gupta