IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| BRITTANY MONTROIS, DAVID L. RUHM, as personal representative for the Estate of Adam Steele, and JOSEPH HENCHMAN, | ) ) ) ) ) ) | |
| Plaintiffs-Appellants/Cross-Appellees | ) ) | No. 25-5090 |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant-Appellee/Cross-Appellant | ) ) | |

**UNITED STATES' MOTION FOR A STAY OF BRIEFING
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The defendant-appellee/cross-appellant United States of America hereby moves for a stay of briefing in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very

limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of briefing until Congress has restored appropriations to the Department. In addition to the deadline for the United States to file its principal brief, the requested stay would include the deadline for the United States to respond to a motion, filed by one of plaintiffs' attorneys, Allen Buckley, seeking leave to file a supplemental, overlength opening brief out of time.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The United States requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

5. If this motion for a stay is denied, the United States will promptly move for an extension of time to file its principal brief. In addition, the United States will promptly file a response to plaintiffs' motion to file a supplemental, overlength opening brief out of time.

6.    Undersigned counsel has contacted counsel for the plaintiffs-appellants/cross-appellees, William Narwold. Mr. Narwold authorized counsel for the United States to represent that the plaintiffs "have no objection as to [a stay of] the briefing deadlines." Mr. Narwold further stated that "[w]e take no position on Attorney Buckley's motion."

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the United States hereby moves for a stay of briefing in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

                          Respectfully submitted,

                          /s/ Geoffrey J. Klimas
                          GEOFFREY J. KLIMAS
                            *Attorney*
                            *Tax Division*
                            *Department of Justice*
                            *Post Office Box 502*
                            *Washington, D.C. 20044*
                            *(202) 307-6346*
                            *Counsel for the United States*

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

BRITTANY MONTROIS, DAVID L. RUHM, as personal representative for the Estate of Adam Steele, and JOSEPH HENCHMAN,

    Plaintiffs-Appellants/Cross-Appellees

v.

UNITED STATES OF AMERICA,

    Defendant-Appellee/Cross-Appellant

No. 25-5090

## DECLARATION

I, Geoffrey J. Klimas, of the United States Department of Justice, Washington, D.C., state as follows:

1. I am an attorney employed in the Appellate Section of the Tax Division, United States Department of Justice. In that capacity, I have been assigned the primary responsibility for handling the above-captioned appeal on behalf of the United States.

2. The facts recited in the foregoing motion are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.  Executed on this 17th day of October, 2025, at Washington, D.C.

/s/ Geoffrey J. Klimas
GEOFFREY J. KLIMAS
  *Attorney*

# CERTIFICATE OF COMPLIANCE

With Type-Volume Limitation, Typeface Requirements,
and Type Style Requirements

    1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d) because:

    [X]   this motion contains <u>640</u> words, excluding the parts thereof exempted by Fed. R. App. P. 32(a)(7)(B)(iii), *or*

    [ ]   this motion uses a monospaced typeface and contains [*state the number of*] lines of text, excluding the parts thereof exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

    2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    [X]   this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point Century Schoolbook, *or*

    [ ]   this motion has been prepared in a monospaced typeface using [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].

(s) <u>  /s/ Geoffrey J. Klimas      </u>

Attorney for <u>the Appellants     </u>

Dated: <u>October 17, 2025     </u>