**No. 25-5090**                         **September Term, 2025**

1:14-cv-01523-RCL

Filed On: December 11, 2025

Brittany Montrois, Class of More Than
700,000 Similarly Situated Individuals and
Businesses, et al.,

       Appellants

       v.

United States of America,

       Appellee

------------------------------

Consolidated with 25-5192

       **BEFORE:**    Rao, Walker, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion for leave to file a supplemental brief, the lodged supplemental brief, the opposition to the motion for leave, the lodged reply, and the motion for leave to exceed the word limit for the lodged reply, it is

**ORDERED** that the motion for leave to file the lodged reply be denied. See D.C. Cir. Rule 27(g)(1), (3). Counsel has provided no justification for not having included in his motion the information he now seeks to provide in his reply. See Twin Rivers Paper Co. LLC v. SEC, 934 F.3d 607, 615 (D.C. Cir. 2019). It is

**FURTHER ORDERED** that the motion for leave to file a supplemental brief be denied. The court declines to allow counsel to effectively override the litigation decisions of duly appointed class counsel. See, e.g., Fed. R. Civ. P. 23(g)(1) advisory committee's note to 2003 amendments (providing that it is "the obligation of class

counsel to represent the interests of the class, as opposed to the potentially conflicting interests of individual class members").

**Per Curiam**

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

BY:   /s/
        Selena R. Gancasz
        Deputy Clerk