# In the United States Court of Appeals for the District of Columbia Circuit

BRITTANY MONTROIS, Class of More Than 700,000 Similarly Situated Individuals and Businesses, et al.,
*Plaintiffs-Appellants/Cross-Appellees*,

v.

UNITED STATES OF AMERICA,
*Defendant-Appellee/Cross-Appellant*.

On Appeal from the United States District Court
for the District of Columbia
Case No. 1:14-cv-01523-RCL (The Hon. Royce C. Lamberth)

**PLAINTIFFS-APPELLANTS' MOTION FOR LEAVE TO FILE UNDER SEAL RESPONSE TO MOTION OF CLASS COUNSEL TO STRIKE UNAUTHORIZED BRIEF**

ALLEN BUCKLEY
LAW OFFICE OF ALLEN BUCKLEY LLC
2900 Paces Ferry Road, Suite C-2000
Atlanta, GA 30339
(678) 217-4083; (404) 610-1936
allenbuckleylaw@gmail.com
*Counsel for Plaintiffs-Appellants*

Earlier today, undersigned counsel to Plaintiffs/Appellants filed under seal its response to its co-counsel's motion to strike the brief filed by the undersigned on May 6, 2026. The document filed today is titled **"PLAINTIFFS-APPELLANTS' REPLY TO MOTION OF CLASS COUNSEL TO STRIKE UNAUTHORIZED BRIEF."** A motion related thereto was not filed because it was not (and still is not) clear to the undersigned whether such a motion is necessary. To err on the conservative side, this motion is filed to ask the Court to permit sealed filing of **"PLAINTIFFS-APPELLANTS' REPLY TO MOTION OF CLASS COUNSEL TO STRIKE UNAUTHORIZED BRIEF."** Work product existed in the document. It was necessary to include work product. Based on a discussion with the clerk's office, a redacted version of the brief (i.e., blotting out work product) was emailed to counsel for the Defendant/Appellee. If necessary (as determined by the Court), undersigned hereby motions the Court for retroactive permission to file **"PLAINTIFFS-APPELLANTS' REPLY TO MOTION OF CLASS COUNSEL TO STRIKE UNAUTHORIZED BRIEF"** under seal, and to email a redacted version of the brief (i.e., blotting out work product) to counsel for the Defendant/Appellee. If necessary, the requested order is: "It is ORDERED that **"PLAINTIFFS-APPELLANTS' REPLY TO MOTION OF CLASS COUNSEL TO STRIKE UNAUTHORIZED BRIEF"** may be filed under seal

and a redacted version of the brief, blotting out work product, may be served on the

Defendant/Appellee.

Respectfully submitted,

/s/ Allen Buckley
ALLEN BUCKLEY
LAW OFFICE OF ALLEN BUCKLEY LLC
2900 Paces Ferry Road, Suite C-2000
Atlanta, GA 30339
(678) 217-4083; (404) 610-1936
allenbuckleylaw@gmail.com
ab@allenbuckleylaw.com

May 18, 2026                    *Counsel for Plaintiffs-Appellants*

**CERTIFICATE OF COMPLIANCE WITH RULE 32(g)(1)**

I hereby certify that my word processing program, Microsoft Word, counted 230 words in the foregoing motion, exclusive of the portions excluded by Rule 32(f). The document also complies with the typeface requirements of Fed. R. App. P. 32(a)(6) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in proportionally spaced typeface in 14-point Baskerville Old Face font.

May 18, 2026                                      */s/ Allen Buckley*
                                                 Allen Buckley

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2026, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Allen Buckley*
Allen Buckley