**ORAL ARGUMENT NOT YET SCHEDULED**

**No. 25-5090, 25-5192**

# In the United States Court of Appeals for the District of Columbia Circuit

BRITTANY MONTROIS, Class of More Than 700,000 Similarly
Situated Individuals and Businesses, et al.,
*Plaintiffs-Appellants/Cross-Appellees*,

v.

UNITED STATES OF AMERICA,
*Defendant-Appellee/Cross-Appellant*.

On Appeal from the United States District Court
for the District of Columbia
Case No. 1:14-cv-01523-RCL (The Hon. Royce C. Lamberth)

**PLAINTIFFS-APPELLANTS' MOTION TO RESPOND TO REPLY IN SUPPORT OF CLASS COUNSEL'S MOTION TO STRIKE UNAUTHORIZED BRIEF AND RELATED RESPONSE**

ALLEN BUCKLEY
LAW OFFICE OF ALLEN BUCKLEY LLC
2900 Paces Ferry Road, Suite C-2000
Atlanta, GA 30339
(678) 217-4083; (404) 610-1936
allenbuckleylaw@gmail.com
*Counsel for Plaintiffs-Appellants*

Undersigned wishes to respond to an incorrect statement in the Reply in Support of Class Counsel's Motion to Strike Unauthorized Brief, and to make one other point. The response is covered in this short document.

Regarding the first paragraph of the Reply, as explained in my May 18th brief, I've filed documents when I believed such was necessary to represent the people who hired me to bring the case when Motley Rice *et al* were not willing to act in the class's best interest. The Reply is yet another example: Trying to have the Court apply an incorrect set of facts to the detriment of the class.

The second paragraph on p. 1 of the Reply states regarding my May 18th brief: "On nearly every page, it contains attorney work product and attorney-client privileged communications in violation of the ethics rules of practice." Later, it says "the appointed class representatives specifically informed Mr. Buckley that they refused to waive the privilege to allow this filing, and class counsel specifically requested that he not include the privileged information." This is inaccurate/untrue.

In a draft sent to both co-counsel and the class representatives six days before the brief was due, a paragraph existed that stated how two of the three class representatives felt about including the point 6 materials, Plaintiffs' Costs Analysis. Both requested changes be made or their names excluded. The paragraph was not included in the filed document. No other objections existed from the class

representatives. As to the allegation there is attorney-client privileged communications on "nearly every page," *res ipsa loquitur* as to the May 18th brief. The only attorney-client privileged information is in Exhibit 8. As noted on p. 22 of my May 18th brief, these materials were specifically created by the class representatives for disclosure in court.

As noted on p. 22 of the May 18th brief I filed, work product is included, as such was necessary to explain what happened. The document and its exhibits were filed under seal (as requested by the Mr. Narwold), and the document submitted to the IRS's counsel redacted work product. A copy of it is Exhibit 1. Exhibits 4, 8, 9 and 10 were not supplied to IRS counsel.

Respectfully submitted,

*/s/ Allen Buckley*
ALLEN BUCKLEY
LAW OFFICE OF ALLEN BUCKLEY LLC
2900 Paces Ferry Road, Suite C-2000
Atlanta, GA 30339
(678) 217-4083; (404) 610-1936
allenbuckleylaw@gmail.com
ab@allenbuckleylaw.com

May 22, 2026                    *Counsel for Plaintiffs-Appellants*

**CERTIFICATE OF COMPLIANCE WITH RULE 32(g)(1)**

I hereby certify that my word processing program, Microsoft Word, counted 369 words in the foregoing motion, exclusive of the portions excluded by Rule 32(f). The document also complies with the typeface requirements of Fed. R. App. P. 32(a)(6) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in proportionally spaced typeface in 14-point Baskerville Old Face font.

May 22, 2026

/s/ Allen Buckley
Allen Buckley

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2026, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Allen Buckley*
Allen Buckley