**No. 25-5090**     **September Term, 2025**

**1:14-cv-01523-RCL**

**Filed On: June 29, 2026**

Brittany Montrois, Class of More Than
700,000 Similarly Situated Individuals and
Businesses, et al.,

      Appellants

    v.

United States of America,

      Appellee

------------------------------

Consolidated with 25-5192

     **BEFORE:**    Millett, Wilkins, and Katsas, Circuit Judges

**O R D E R**

Upon consideration of the motion to strike unauthorized brief, the response thereto, and the reply; the motion for leave to file the response under seal; and the motion for leave to file a surreply, the lodged surreply, and the lodged supplement thereto, it is

**ORDERED** that the motion for leave to file the response under seal be granted. The Clerk is directed to maintain the response under seal. It is

**FURTHER ORDERED** that the motion for leave to file a surreply be denied. <u>See Kiewit Power Constructors Co. v. Sec'y of Labor</u>, 959 F.3d 381, 393 (D.C. Cir. 2020). It is

**FURTHER ORDERED** that the motion to strike be granted. The reply and response brief filed by Allen Buckley is hereby stricken. Despite this court's prior order expressly declining to allow him to effectively override the litigation decisions of duly appointed class counsel, Buckley has now admittedly filed a brief, purportedly on behalf of the class, without class counsel's authorization. Under these circumstances, striking the unauthorized brief is warranted. It is

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———————

**No. 25-5090**                                    **September Term, 2025**

      **FURTHER ORDERED** that cross-appellants' reply brief is now due by July 20, 2026.

**<u>Per Curiam</u>**

               **FOR THE COURT:**
               Clifton B. Cislak, Clerk

       BY:    /s/
                 Laura M. Morgan
                 Deputy Clerk