**No. 25-5090, 25-5192**

# In the United States Court of Appeals for the District of Columbia Circuit

BRITTANY MONTROIS, Class of More Than 700,000 Similarly Situated Individuals and Businesses, et al.,
*Plaintiffs-Appellants/Cross-Appellees*,

v.

UNITED STATES OF AMERICA,
*Defendant-Appellee/Cross-Appellant.*

On Appeal from the United States District Court
for the District of Columbia
Case No. 1:14-cv-01523-RCL (The Hon. Royce C. Lamberth)

## PLAINTIFFS-APPELLANTS' CO-COUNSEL'S MOTION FOR RECONSIDERATION *EN BANC*

ALLEN BUCKLEY
LAW OFFICE OF ALLEN BUCKLEY LLC
2900 Paces Ferry Road, Suite C-2000
Atlanta, GA 30339
(678) 217-4083; (404) 610-1936
allenbuckleylaw@gmail.com
*Co-counsel for Plaintiffs-Appellants*

For the reasons set forth in the brief that accompanies this motion, undersigned motions the Court to reconsider its June 29, 2026 ruling that struck my May 6th brief and thereby allowed the May 6th brief of my co-counsel to serve as the brief of the class. *En banc* consideration is requested.

Regarding Circuit Rule 40(b), this matter is one of exceptional importance. A significant error was made by the Court in *Montrois v. United States*, 916 F.3d 1056 (D.C. Cir. 2019). That error was the assumption that the district court had ruled renewals were lawful in holding the costs of renewals could be charged. In 2024, the district court said is said no such thing. As noted in the accompanying brief, there is no lawful authority whatsoever for renewals. So, renewal fees are unlawful. The vast majority of PTIN fees relate to renewals. There are over 1 million people in the class. The vast majority are Americans. Over $420 million is involved.

Respectfully submitted,

*/s/ Allen Buckley*
ALLEN BUCKLEY
LAW OFFICE OF ALLEN BUCKLEY LLC
2900 Paces Ferry Road, Suite C-2000
Atlanta, GA 30339
(678) 217-4083; (404) 610-1936
allenbuckleylaw@gmail.com
ab@allenbuckleylaw.com

July 6, 2026

*Co-counsel for Plaintiffs-Appellants*

**CERTIFICATE OF COMPLIANCE WITH RULE 32(g)(1)**

I hereby certify that my word processing program, Microsoft Word, counted 163 words in the foregoing motion, exclusive of the portions excluded by Rule 32(f). The document also complies with the typeface requirements of Fed. R. App. P. 32(a)(6) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in proportionally spaced typeface in 14-point Baskerville Old Face font.

July 6, 2026

/s/ Allen Buckley
Allen Buckley

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2026, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Allen Buckley*
Allen Buckley