# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5090**

**September Term, 2025**

**1:14-cv-01523-RCL**

**Filed On:** July 14, 2026

Brittany Montrois, Class of More Than 700,000 Similarly Situated Individuals and Businesses, et al.,

        Appellants

      v.

United States of America,

        Appellee

------------------------------

Consolidated with 25-5192

**BEFORE:**    Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion for reconsideration en banc and the supplement thereto, styled as a brief in support of the motion, it is

**ORDERED** that the motion be denied.

### Per Curiam

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

     BY:    /s/
          Selena R. Gancasz
          Deputy Clerk